

# Missouri Court of Appeals
## Southern District

**JUNE 16, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case Nos. SD33604, SD33605 & SD33606 (Consolidated)

    Re:   IN THE INTEREST OF:
          J.J.W., J.R.W. III, and J.R.W., Minors,
          GREENE COUNTY JUVENILE
          OFFICE,
          Petitioner-Respondent,
          vs.
          J.R.W., JR.,
          Respondent-Appellant.